IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №: 5:26-mj-00015-1 CDB |
| | ) | |
| Plaintiff, | ) | **O R D E R** |
| | ) | **APPOINTING COUNSEL** |
| vs. | ) | |
| | ) | |
| CHRISTOPHER SHINPO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The above-named Defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him in this matter.  Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Alekxia Torres Stallings be appointed to represent Defendant in this case effective *nunc pro tunc* to April 15, 2026, for the initial appearance/arraignment only.

IT IS SO ORDERED.

Dated:   __**April 17, 2026**__                          _____

UNITED STATES MAGISTRATE JUDGE